IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA GRACIN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:25-cv-00124 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| RUTHERFORD COUNTY, | ) | |
| TENNESSEE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 26) recommending the case be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service of process and the Court's inherent authority to control its own docket. The Magistrate Judge notes that on May 1, 2025, Plaintiff was granted an additional 60 days to effect service. The record reflects that Plaintiff has not served the Defendants The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 26) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE